1

2

3

4   *E-filed on*:   2/7/07

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

12   JAMES EVANS,                          No. C-06-03299 RMW

13             Plaintiff,

14       v.                               ORDER RE: PLAINTIFF'S MOTION TO
                                          STRIKE AFFIRMATIVE DEFENSES
15   COUNTY OF SANTA CLARA
     PROBATION DEPARTMENT,                **[Re Docket No. 29]**
16
             Defendant.
17

18

19         Plaintiff Jamar Evans demurs and moves to strike defendant's affirmative defenses set forth

20   in the amended answer of defendant County of Santa Clara Probation Department.  The thirty-two

21   affirmative defenses in defendant's previous answer were stricken with leave to amend.  As a result,

22   defendant filed an amended complaint, which included twenty-six affirmative defenses.  Plaintiff

23   again moves to strike defendant's affirmative defenses.  In response, at the January 26, 2007 hearing,

24   defendant sought leave to file a second amended answer.

25

26

27

28

United States District Court
For the Northern District of California

1    The court has reviewed defendant's proposed filing.  The second amended answer still takes

2    a relatively shotgun approach to pleading.  The court finds such an approach unacceptable and

3    expects the County to stop the practice in this court.  Nevertheless, the court will accept the

4    amended answer given the lack of clarity as to the scope of the plaintiff's claims.

5

6    DATED:        2/7/07                        _Ronald M Whyte_____

7                                                RONALD M. WHYTE
                                                 United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER RE: PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES—No. C-06-03299 RMW
MAG                                      2

**United States District Court**
For the Northern District of California

**A copy of this order was mailed on _____ 2/7/07 _____ to:**

**Plaintiff:**

Jamar Evans
P.O. Box 25
Atwater, CA 95301

**Counsel for Defendant:**

Neysa A. Fligor
Office of the County Counsel
70 West Hedding, East Wing, Ninth Floor
San Jose, California 95110–1770

Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

**Dated:** ___2/7/07_____     _____/s/ MAG_____
**Chambers of Judge Whyte**

United States District Court
For the Northern District of California

ORDER RE: PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES—No. C-06-03299 RMW
MAG                                                    3