*E-filed 6/27/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JAMAR EVANS,

        Plaintiff,

    v.

COUNTY OF SANTA CLARA PROBATION DEPARTMENT,

        Defendant.

Case No. C06-03299 RMW

**ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO COMPEL**

Re: Docket Nos. 44, 45

*Pro se* plaintiff Jamar Evans, proceeding *in forma pauperis*, brought suit for alleged violation of his civil rights. He claims that the Santa Clara County Probation Department used excessive force and instituted proceedings against him for an improper purpose. Plaintiff moves to compel a response to his subpoena request, which seeks any transcripts from an April 2007 hearing in the Superior Court of California pertaining to Evans' "Petition for Modification of Terms of Probation."[1]

    These parties are currently involved in another case that began in 2003. When this subpoena request was served on Defendant, it was included with discovery requests on the 2003 case. (See, Fligor Decl. ¶ 2). Further, the case number on the subpoena was incorrectly

---

[1] Plaintiff also suggests that sanctions should be awarded against Defendant, but has not submitted a separate sanctions motion according to Civil L.R. 37-3. In any event, the court would not be inclined to award sanctions here.

1  labeled, beginning with "03" instead of "06".  (*Id.*, Also see, Reply Brief Attachments).

2  Defendant therefore believed (incorrectly) that the subpoena pertained to the 2003 case.  Its

3  response was an objection within the context of that case.  (Fligor Decl. ¶ 3-4).   Plaintiff filed

4  this motion to compel after the deadline for responding to the subpoena passed.  Only after

5  Plaintiff filed his motion did Defendant realize that the subpoena was for this case (i.e., the

6  2006 action).  At that time, Defendant asked Plaintiff to withdraw his motion and agreed to

7  respond shortly thereafter.  (*Id.* at ¶ 7).  Plaintiff proceeded with the motion.

   Defense counsel attests that Defendant responded to the subpoena on May 25, 2007.
   (See, Fligor Decl., ¶ 8).  Plaintiff has offered no information to the contrary. Accordingly,
   Plaintiff's May 2, 2007 motion to compel is DENIED as MOOT.[2]

   **IT IS SO ORDERED.**

   Dated: 6/27/07

   HOWARD R. LLOYD
   UNITED STATES MAGISTRATE JUDGE

---

[2] Even if the motion were not moot, there are several bases upon which denial would be appropriate. For example, Defendant's delay in responding appears substantially justified given the confusion caused by the erroneous case number on the subpoena and the associated discovery requests in the 2003 case.  Further, Plaintiff suffered no prejudice as a result of that delay.

THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

Neysa A. Fligor neysa.fligor@cco.sccgov.org

Jamar Evans
Post Office Box 25
Atwater, CA 95301

Dated:      6/27/07                              /s/  KRO
                                        Chambers of Magistrate Judge Lloyd

3