*E-Filed*:  7/16/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMAR EVANS,<br><br>    Plaintiff,<br><br>    v.<br><br>SANTA CLARA COUNTY DEPARTMENT OF CORRECTIONS,<br><br>    Defendant. | No. C-06-03299 RMW<br><br>ORDER OVERRULING PLAINTIFF'S OBJECTIONS TO MAGISTRATE'S JUNE 27, 2007 ORDER<br><br>**[Re Docket No. 53]** |

   Rule 72(a) of the Federal Rules of Civil Procedure allows parties to file timely objections to rulings of a magistrate judge in nondispositive matters. Such objections are sustained if the magistrate judge's order is "found to be clearly erroneous or contrary to law." Fed. R. Civ. P. 72(a).

   On July 9, 2007 plaintiff filed his objection to the magistrate judge's June 27, 2007 Order Denying Plaintiff's Motion to Compel, contending that the magistrate judge's conclusion that plaintiff's subpoena to defendants included an incorrect case number was incorrect. See Order at 2-3 ("Further, the case number on the subpoena was incorrectly labeled, beginning with '03' instead of '06'."). The court has reviewed the magistrate judge's order and the subpoenas at issue. The court finds the order to be neither clearly erroneous nor contrary to law as the plaintiff's subpoena did not include the correct case number, citing, as the order states, to 03-03299 rather than 06-03299. Plaintiff's request to refer discovery matters to a different magistrate judge is denied.

DATED:  7/16/07

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER OVERRULING PLAINTIFF'S OBJECTIONS TO MAGISTRATE'S DECEMBER 27, 2006 ORDER—C-06-03299 RMW MAG

**A copy of this order was mailed on          7/23/07          to:**

**Plaintiff:**

Jamar Evans
Post Office Box 25
Atwater, CA 95301

**Counsel for Defendant(s):**

Neysa A. Fligor
Office of the County Counsel
70 West Hedding Street, East Wing, 9th Fl
San Jose, CA 95110

Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

**Dated:** _____          _____
                                           **Chambers of Judge Whyte**