**United States District Court**
For the Northern District of California

1

2

3

4                                                             **E-FILED on**   9/28/2010

5

6

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                    SAN JOSE DIVISION

10

11   JAMAR EVANS,                          No. C-06-03299 RMW

              Plaintiff,

12                                          ORDER TO SHOW CAUSE WHY ACTION
        v.                                  SHOULD NOT BE DISMISSED FOR
13                                          FAILURE TO PROSECUTE
     COUNTY OF SANTA CLARA PROBATION
14   DEPARTMENT,

15            Defendant.

16

17        On September 8, 2008, the court issued an Order Striking Amended Complaint Without

18   Prejudice and Striking Notice of Removal (Dkt. No. 78).  However, the court gave plaintiff until

19   October 3, 2008 to file an amended complaint.  Since that time, plaintiff has not taken any action in

20   this case.  Therefore, it is hereby ordered that plaintiff show cause by October 15, 2010 as to why

21   this case should not be dismissed for failure to prosecute.  Plaintiff should make this showing, if he

22   can, by written declaration filed by October 15, 2010.  No appearance is necessary at this time.

23

24

25                                          _Ronald M Whyte_

     DATED:        9/28/2010               _____
26                                          RONALD M. WHYTE
                                            United States District Judge
27

28

ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE—No. C-06-03299
RMW
JLR