**E-FILED on** 10/19/2010

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMAR EVANS,<br><br>       Plaintiff,<br><br>   v.<br><br>COUNTY OF SANTA CLARA PROBATION DEPARTMENT,<br><br>       Defendant. | No. C-06-03299 RMW<br><br>ORDER DISMISSING CASE |

On September 28, 2010, the court issued an Order to Show Cause. The court asked Evans to respond in writing by October 15, 2010 as to why his case should not be dismissed for failure to prosecute. Evans instead sent a letter stating that he was unable to respond to any matters from October 1, 2010 through December 1, 2010. Because Evans failed to address why his case should not be dismissed for failure to prosecute, the court hereby dismisses the case without prejudice. The court only asked for a written response, not an appearance. Moreover, the case has already been substantially delayed.

DATED: 10/19/2010

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER DISMISSING CASE—No. C-06-03299 RMW
JLR