**E-filed on:** 10/19/2010

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMAR EVANS, | No. C-06-03299 RMW |
| Plaintiff, | JUDGMENT |
| v. | |
| COUNTY OF SANTA CLARA PROBATION DEPARTMENT, | |
| Defendant. | |

On October 19, 2010, the court dismissed this action without prejudice. Therefore, it is hereby adjudged that plaintiff take nothing by way of his complaint and that judgment be entered in favor of the defendant.

DATED:   10/19/2010

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

JUDGMENT
No. C-06-03299 RMW
JLR